SALLY KIMMEL, Appellant, v. SAMUEL KIMMEL, Respondent.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

JOHN J. DARRAUGH et al., as Stockholders of HEARST CONSOLIDATED PUBLICATIONS, INC., Suing on Their Own Behalf and on Behalf of Stockholders Similarly Situated, Respondents, and CHARLES A. CROWNSHIELD et al., Interveners, Respondents, v. INTERNATIONAL PAPER COMPANY, Appellant, et al., Defendants.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH R. SAWYER, Appellant, et al., Defendants.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

MILLIE STOUT, Respondent, et al., Plaintiffs, v. ROBERT R. MYER, Appellant.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Accounting of BANK OF NEW YORK, as Trustee under the Will of CLEVELAND H. DODGE, Deceased. JOSEPH V. McKEE, as Special Guardian for JOHN REA et al., Infants, Appellant; BANK OF NEW YORK, as Trustee, et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

GEORGE F. SINRAM, Respondent, v. EDWARD CLEMENS et al., Defendants, and WILLIAM H. PARRY, Defendant-Appellant.— No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of SIDNEY ROSENBERG, Appellant, against PAUL MOSS, as Commissioner of Licenses of the City of New York, Respondent.— No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.; Townley and Callahan, JJ., dissent and vote to reverse and grant the motion, on the authority of *Matter of Small* v. *Moss* (252 App. Div. 287, revd. 277 N. Y. 501; on subsequent appeal 255 App. Div. 1, affd. 279 N. Y. 288); *Matter of Goelet* v. *Moss* (248 App. Div. 499, affd. 273 N. Y. 503).

In the Matter of THOMAS F. GALVIN, an Attorney.— Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Glennon, J., taking no part.

In the Matter of JOHN G. BEST et al. against CITY OF NEW YORK et al.— Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

In the Matter of FELIX A. MULDOON et al., as Trustees for Certificate Holders in Mortgage Covering Premises No. 2160 Anthony Avenue, Borough of Bronx. FELIX A. MULDOON et al.; J. H. HOLDING COMPANY, INC.— Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.; Townley, J., taking no part.